JAMES PENDERGAST, Appellant, *v.* THE GLOBE AND RUTGERS FIRE INSURANCE COMPANY OF THE CITY OF NEW YORK, Respondent.

(Submitted January 9, 1928; decided January 17, 1928.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 246 N. Y. 396.)

_____

EDWIN SMITH, Respondent, *v.* NORTHWESTERN FIRE AND MARINE INSURANCE COMPANY, Appellant. (Two cases.)

(Submitted January 9, 1928; decided January 17, 1928.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 246 N. Y. 349.)

_____

MARTHA J. SMITH, as Executrix of MARY J. SMITH, Deceased, Appellant, *v.* MICHAEL F. LOUGHMAN et al., Constituting the State Tax Commission, Respondents.

(Submitted January 9, 1928; decided January 17, 1928.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 245 N. Y. 486.)